RECEIVED
FEB 21 2008
Property of U.S. District Court
District of Rhode Island

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

THY MAK,
Plaintiff )
)
v. ) C. A. No. 07-307ML
)
MICHAEL J. ASTRUE, Commissioner )
Social Security Administration, )
Defendant. )

ORDER

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and in light of the government's request to remand this action for further development of the record by an administrative law judge ("ALJ"), it is ordered that, upon remand, the ALJ will be given instructions to undertake the following actions:

(1) Consider the evidence obtained in connection with the processing of Plaintiff's subsequent claim;

(2) Conduct a new hearing and solicit testimony from a medical expert;

(3) Advise Plaintiff of her right to be represented by legal counsel and of the availability of free legal services;

(4) If Plaintiff decides to proceed without a representative, Plaintiff will be advised of her right to question the medical and/or vocational expert at the hearing; and,

(5) Evaluate the statements of all treating and examining sources, including those made by Dr. Adrian Webb and Anna Robinson, LMHC, and explain the weight afforded to these statements in accordance with 20 C.F.R. section 416.927 as well as Social Security Rulings 96-2p, 96-5p and 06-3p.

Therefore, this Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. section 405(g) and remands the case to the Commissioner for further proceedings.

See Shalala v. Schaefer, 509 U.S. 292 (1993); Melkonyan v. Sullivan, 501 U.S. 89 (1991). The clerk of the Court will enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED this 22nd day of February, 2008.

Mary M. Lisi