# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**THY MAK**
**Plaintiff,**

**v.** **CA 07-307ML**

**MICHAEL J. ASTRUE,**
**Commissioner of Social Security,**
**Defendant.**

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

**Judgment is hereby entered pursuant to this Court's Order dated February 22, 2008, REVERSING the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and REMANDING the case to the Commissioner for further administrative proceedings.**

Enter:

Deputy Clerk

DATED: **February 26, 2008**